NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DERRICK DEVON GRIFFIN,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee.*

---

2011-5055

---

Appeal from the United States Court of Federal Claims in case no. 10-CV-803, Judge Emily C. Hewitt.

---

**ON MOTION**

---

**ORDER**

Derrick Devon Griffin moves for reconsideration of the court's order dismissing his appeal for failure to pay the docketing fee.

The court has not received Griffin's payment of the fee or a motion for leave to proceed in forma pauperis. Griffin has not shown that his appeal should be reinstated.

Accordingly,

IT IS ORDERED THAT:

The motion is denied.

FOR THE COURT

AUG 1 8 2011
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Derrick Devon Griffin
Jessica R. Toplin, Esq.

s20

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 1 8 2011

JAN HORBALY
CLERK